IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 15-cr-00489-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT D. LARSEN,

       Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE

---

This matter comes before the Court on Defendant's Motion to Terminate Defendant's Supervised Release Term (ECF No. 2). The Court ordered the Government to respond to the defendant's motion. The Government filed a response (ECF No. 6) indicating that they were not opposed to the defendant's supervision being terminated early. In addition, the Court has reviewed the formal position of the Probation Department (ECF No. 5). Based on the Court's review, it is

ORDERED that the defendant's supervised release be terminated, that he be discharged from supervised release, and that the proceedings in this matter be terminated.

DATED at Denver, Colorado, this 7th day of April, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge